# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LYNN IZZO,**

              **Plaintiff,**

**-vs-**                                                  **Case No. 6:06-cv-1119-Orl-31KRS**

**AETNA LIFE INSURANCE COMPANY,**

              **Defendant.**

_____

## ORDER

Defendant has moved to stay this action and remand for determination of Plaintiff's administrative appeal (Doc. 30). Plaintiff has filed no response thereto.

Defendant seems to concede that Plaintiff's claim was not properly processed and seeks to rectify that issue on remand. Defendant claims that this may resolve the underlying dispute, but that in any event, it would amount to only a "non-prejudicial postponement." Defendant's Memorandum at p. 6. The Court is not persuaded that this relief is non-prejudicial to the Plaintiff, because Plaintiff has been forced to bear the expense of filing this action. However, since Plaintiff has filed no opposition, the Court will grant the Motion, subject to a later award of attorney's fees. It is, therefore

**ORDERED** that the Motion is GRANTED. The Case is STAYED until further order of the Court and REMANDED to Aetna for further administrative proceedings. Defendant shall file a status report by April 20, 2007.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 23, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                                                                   GREGORY A. PRESNELL
                                                        UNITED STATES DISTRICT JUDGE